# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10cv332-RJC

| | |
|---|---|
| PRAMCO II, LLC, | ) |
| Appellant, | ) |
| v. | ) ORDER |
| DDS DONNA K. HAGER, | ) |
| Appellee. | ) |

**THIS MATTER** is before the Court sua sponte. The appellee in this matter moved on October 22, 2010, for an extension of time to file her appellee's brief. In the motion, the appellee sought an extension until November 8, 2010, stating that "[t]here is a strong possibility that all issues can be resolved by mutual settlement, without the necessity for further legal proceedings." (Doc. No. 5 at 1). Appellee never filed her appellee's brief after seeking the extension. On December 6, 2010, this Court issued an Order granting the appellee's request for an extension in case she still wished to file her brief. That Order set a final appellee's brief deadline of December 9, 2010, instructing that if appellee chose not to file a brief, she "shall file a notice with the Court informing the Court as to the status of any settlement by December 9." (TEX-ONLY ORDER, December 6, 2010).

After multiple attempted communications with the attorneys for both parties, the Court has received no response.

**IT IS, THEREFORE, ORDERED** that the parties and attorneys in this matter shall appear before the Court for a show cause hearing on Tuesday, January 25, 2011, at 9:30 a.m. in Courtroom 2 of the Charles R. Jonas Federal Building, 401 W. Trade St., Charlotte, North Carolina

28202. The parties should be prepared to show cause why the Court should not dismiss this action outright or take other appropriate measures in light of appellee's counsel's failure to respond to a dispositive motion.

**SO ORDERED.**

Signed: December 28, 2010

Robert J. Conrad, Jr.
Chief United States District Judge